## CONNER v. WALL.

PRACTICE.—*Assignment of Error.*—No question is presented in the Supreme Court by the assignment as error of a reason for a new trial in the court below.

APPEAL from the Hamilton Common Pleas.

WORDEN, C. J.—This was an action by the appellee

against William W. Conner and John C. Conner upon a promissory note. Finding by the court, and judgment for the plaintiff.

John C. Conner alone appeals, and assigns for error the following only: "Now comes the appellant and says there is manifest error in the record and proceedings, in this, that the finding of the court is not sustained by sufficient evidence."

No authorities need be cited to the point that no question is raised by this assignment of error. The error should have been assigned upon the overruling of a motion for a new trial.

The judgment below is affirmed, with costs.

*D. Moss,* for appellant.

*J. O'Brien* and *W. O'Brien,* for appellee.